**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**           **NO. 10-cr-30206-DRH**

**TERRELL M. AKINS,**

      **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS (FINAL ORDER OF FORFEITURE)

On October 19, 2011, this Court entered an order for forfeiture against defendant Terrell M. Akins for the following property which had been seized from the defendant:

**One FEG, Model PA-63, 9mm MAK caliber, semi-automatic pistol, bearing serial number L048629, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning December 1, 2011, and ending December 30, 2011, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 19, 2011, namely:

**One FEG, Model PA-63, 9mm MAK caliber, semi-automatic pistol, bearing serial number L048629, and any and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED**.

Signed this 6th day of March, 2012.

David R. Herndon
2012.03.06
11:07:53 -06'00'

**Chief Judge
United States District Court**